Cause No. 14-CRD-52

| STATE OF TEXAS | * | IN THE DISTRICT COURT |
|---|---|---|

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/13/2015 1:26:57 PM
KEITH E. HOTTLE
Clerk

VS.                    *        229TH JUDICIAL DISTRICT

JERRY LEE TRIGO        *        DUVAL COUNTY, TEXAS

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jerry Lee Trigo, the Defendant, through his attorney, Jon Kelly, in the above-styled and numbered cause and gives his Notice of Appeal to the Fourth Court of Appeals of Texas from the judgment rendered against him.

FILED AT 2:15 O'CLOCK P. M

FEB 1 1 2015

R. BARTON CLERK
DISTRICT CLERK, DUVAL COUNTY, TEXAS
BY _____ DEPUTY

Jon Kelly, S.B.N. #11223500
P.O. BOX 1697
Alice, Texas 78333
Tel. 361-660-1090  Fax 866-283-2207
Attorney For Defendant